092914.0015.2V.00452388.001     **UNITED STATES BANKRUPTCY COURT**     1402961.Court.278
Case 14-02961-5-RDD    **Eastern District of North Carolina, New Bern Division**
Case 14-02961-5-RDD    Doc 14    Filed 09/30/14    Entered 09/30/14 15:29:34    Page 1 of 8

```
                                             IN RE
                                             ALFONZA AKEEN MITCHELL, II
                                             135 PINE CREST DRIVE
 1402961-Court-A-U.S.
 ROGER A. MOORE                              JACKSONVILLE, NC 28546
 ATTORNEY AT LAW                                     SSN or Tax I.D.   XXX-XX-2237
 PO DRAWER 886                               ------------------------------
 JACKSONVILLE, NC 28540-0000                 ERIKA NATAASHA MITCHELL
                                             135 PINE CREST DRIVE

                                             JACKSONVILLE, NC 28546
                                                     SSN or Tax I.D.   XXX-XX-1874


 U.S. Bankruptcy Court
 P.O. Box 791
 Raleigh, NC 27602                                  Chapter 13
                                                    Case Number:  14-02961-5-RDD
```

NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Joseph A. Bledsoe, III, Chapter 13 Trustee has filed papers with the Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 10/30/2014, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                        U.S. Bankruptcy Court
                        PO Box 791
                        Raleigh, NC  27602
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

| Debtor(s): | Attorney: | Trustee: |
|---|---|---|
| ALFONZA AKEEN MITCHELL, II | ROGER A. MOORE | Joseph A. Bledsoe, III |
| 135 PINE CREST DRIVE | ATTORNEY AT LAW | P.O. Box 1618 |
| JACKSONVILLE, NC 28546 | PO DRAWER 886 | New Bern, NC 28563 |
| ------------------------------ | JACKSONVILLE, NC 28540-0000 | |
| ERIKA NATAASHA MITCHELL | | |
| 135 PINE CREST DRIVE | | |
| JACKSONVILLE, NC 28546 | | |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

```
Date: September 29, 2014                   Joseph A. Bledsoe, III
                                           Chapter 13 Trustee
                                           P.O. Box 1618
                                           New Bern, NC 28563
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:   CASE NUMBER: 14-02961-5-RDD

**ALFONZA AKEEN MITCHELL, II**

**ERIKA NATAASHA MITCHELL**

　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
　　　　　　DEBTOR(S)

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

　　　NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on June 23, 2014, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

   | | | | |
   |---|---|---|---|
   | $430.00 | for | 57 | Months |
   | | for | | Months |
   | | for | | Months |
   | | for | | Months |

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before September 22, 2014 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before November 18, 2014 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

    a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, are to be paid over the life of the plan. Two post-petition contractual payments shall be included in the administrative arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments.**
**(SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

    c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #029 High Point Furniture | Household goods | $2,924.00 @ 5.25% to be paid over life of plan |
| #034 Navy FCU | '08 Chevrolet Malibu | $12,668.81 @ 5.25% to be paid over life of plan |

    d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| NONE | | | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as "Surrender," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b).

NONE

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased/Contracted For | Treatment |
| --- | --- | --- |
| #008 Coldwell Banker | Residential lease | Assume |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,700.00. The Trustee recommends to the Court a fee of $3,700.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

s/ Joseph A. Bledsoe, III
Joseph A. Bledsoe, III
Standing Chapter 13 Trustee

**EXHIBIT 'A'**                    **CASE NUMBER: 14-02961-5-RDD**

**DEBTORS:**   ALFONZA AKEEN MITCHELL, II
               ERIKA NATAASHA MITCHELL

**EMPLOYMENT:**

Debtor:   SOCIAL SECURITY                         GROSS INCOME:   $12,528.00
Spouse:   MCCS/MCDONALDS                                          $29,856.00

**Prior Bankruptcy cases:**   Yes ☐   No ☒   If so, Chapter _____ filed _____
Disposition:

**Real Property**:   House and Lot ☐   Mobile home ☐   Lot/Land ☐   Mobile Home/Lot ☐
Description:   NONE
FMV                                        Date Purchased
Liens                                      Purchase Price
Exemptions                                 Improvements
Equity        $ 0.00                       Insured For
Rent          $625.00                      Tax Value


**COMMENTS**:

| | | | |
|---|---|---|---|
| **Attorney Fees**: | Requested: | $3,700.00 | (excluding filing fee) |
| | Paid: | $50.00 | (excluding filing fee) |
| | Balance: | $3,650.00 | |

**Trustee's Recommendation:**       $3,700.00

                                                                Comments:

**Plan Information**:

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $67,283.74 | Pay in | $24,510.00 | Priority | 100.00% |
| Priority | $3,650.00 | Less 6.00% | $1,470.60 | Secured | 100.00% |
| Secured | $17,734.89 | Subtotal | $23,039.40 | Unsecured | 3.80% |
| Unsecured | $45,898.85 | Req. Atty. Fee | Incl. w/ claims | Joint | % |
| Joint Debts | | Available | $23,039.40 | Co-Debts | % |
| Co-Debtor | | | | | |


                                     **Payroll Deduction:**   Yes ☒      No ☐
**Objection to Confirmation:**       Yes ☒      No ☐

   Pending:   SEE COURT DOCKET
   Resolved:  SEE COURT DOCKET

**Motions Filed:**     Yes ☐     No ☒

   If so, indicate type and status:   SEE COURT DOCKET

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1402961 | TRUSTEE: 2V | COURT: 278 | Page 1 of 3 |
| TASK: 09-26-2014.00452388.LSA000 | | DATED: 09/29/2014 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | ALFONZA AKEEN MITCHELL, II | 135 PINE CREST DRIVE<br>JACKSONVILLE, NC 28546 |
| Joint | | ERIKA NATAASHA MITCHELL | 135 PINE CREST DRIVE<br>JACKSONVILLE, NC 28546 |
| 799 | 000002 | ROGER A. MOORE<br>PO DRAWER 886 | ATTORNEY AT LAW<br>JACKSONVILLE, NC 28540-0000 |
| 009 | 000018 | CREDIT COLLECTION SERVICES | P O BOX 9134<br>NEEDHAM HEIGHTS, MA 02494-9134 |
| 059 | 000061 | ATLAS ACQUISITIONS, LLC | 294 UNION ST.<br>HACKENSACK, NJ 07601 |
| 058 | 000060 | ATLAS ACQUISITIONS, LLC | 294 UNION ST.<br>HACKENSACK, NJ 07601 |
| 019 | 000027 | FEDERAL LOAN SERVICES | PO BOX 69184<br>HARRISBURG, PA 17106 |
| 020 | 000028 | DEPT OF EDUCATION<br>P O BOX 69184 | FEDLOAN SERVICING<br>HARRISBURG, PA 17106-9184 |
| 011 | 000020 | DELBERT SERVICES/CONSU | RODNEY SQUARE N 1100 N M<br>WILMINGTON, DE 18901 |
| 031 | 000006 | IRS<br>PO BOX 21126 | CENTRALIZED INSOLVENCY OPPERATIONS<br>PHILADELPHIA, PA 19114-0326 |
| 055 | 000009 | US ATTORNEY GENERAL<br>10TH STREET & CONSTITUTION AVE NW | ROBERT F. KENNEDY BLDG<br>WASHINGTON, DC 20530 |
| 002 | 000012 | CAPITAL BANK | 1 CHURCH ST<br>ROCKVILLE, MD 20850 |
| 034 | 000004 | NAVY FEDERAL CREDIT UNION | PO BOX 3000<br>MERRIFIELD, VA 22119-3000 |
| 035 | 000039 | Navy Federal Credit Union | PO Box 3000<br>Merrifield, VA 22119-3000 |
| 036 | 000040 | NAVY FEDERAL CREDIT UNION | PO BOX 3000<br>MERRIFIELD, VA 22119-3000 |
| 003 | 000013 | CAPITAL ONE | PO BOX 85520<br>RICHMOND, VA 23286 |
| 052 | 000010 | U S ATTORNEY'S OFFICE<br>STE 800 FEDERAL BLDG | 310 NEW BERN AVE<br>RALEIGH, NC 27601-1461 |
| 043 | 000045 | ONSLOW MEMORIAL HOSPITAL | PO BOX 2858<br>RALEIGH, NC 27602 |
| 038 | 000008 | NC DEPT OF REVENUE<br>P O BOX 1168 | ATTN: BANKRUPTCY UNIT<br>RALEIGH, NC 27602-1168 |
| 014 | 000023 | DUKE HEALTH RALEIGH HOSPITAL | 3400 WAKE FOREST ROAD<br>RALEIGH, NC 27609-7317 |
| 037 | 000007 | NC DEPARTMENT OF COMMERCE, DES | P.O. BOX 26504<br>RALEIGH, NC 27611-6504 |
| 015 | 000049 | DUKE PRIVATE DIAGNOSTIC, LLC | PO BOX 900002<br>RALEIGH, NC 27675-9000 |
| 012 | 000021 | DUKE CENTER FOR VISION CORRECTION | 3475 ERWIN RD<br>DURHAM, NC 27705 |

CASE: 1402961  TRUSTEE: 2V  COURT: 278
TASK: 09-26-2014.00452388.LSA000  DATED: 09/29/2014

| | | | |
|---|---|---|---|
| 013 | 000022 | DUKE CENTER FOR VISION CORRECTION | 3475 ERWIN RD<br>DURHAM, NC 27705 |
| 016 | 000024 | DUKE UNIVERSITY HEALTH SYSTEM | 5213 SOUTH ALSTON AVENUE<br>DURHAM, NC 27713 |
| 042 | 000044 | ONSLOW MEMORIAL HOSPITAL | PO BOX 75107<br>CHARLOTTE, NC 28275 |
| 021 | 000029 | FINANCIAL DATA SYSTEMS | 1638 MILITARY CUTOFF RD<br>WILMINGTON, NC 28403 |
| 054 | 000056 | UNIVERSITY PROFESSIONAL SERVICES | 2507 DELANEY AVE<br>WILMINGTON, NC 28403 |
| 008 | 000059 | COLDWELL BANKER/FOUNTAIN REALTY | 255 WILLIAMSBURG PKWY<br>JACKSONVILLE, NC 28540 |
| 032 | 000037 | JOSEPH STROUD<br>323 NEW BRIDGE ST | ATTORNEY FOR ERIKA MITCHELL<br>JACKSONVILLE, NC 28540 |
| 029 | 000003 | HIGH POINT FURNITURE | 2037 LEJEUNE BLVD<br>JACKSONVILLE, NC 28540-0000 |
| 005 | 000015 | COASTAL FINANCE | 4370-A ARENDELL ST<br>MOREHEAD CITY, NC 28557 |
| 004 | 000014 | CAROLINA EAST UROLOGY | 705 NEWMAN RD<br>NEW BERN, NC 28562 |
| 017 | 000025 | EASTERN CAROLINA PSYCHIATRIC | 2800 VILLAGE WAY<br>NEW BERN, NC 28562 |
| 040 | 000042 | ONLINE COLLECTIONS | PO BOX 1489<br>WINTERVILLE, NC 28590 |
| 046 | 000048 | PATRIOT LOAN COMPANY | PO BOX 811<br>SPARTANBURG, SC 29304-0811 |
| 006 | 000016 | COASTAL RADIOLOGY ASSOC | PO BOX 3099<br>MYRTLE BEACH, SC 29578 |
| 007 | 000017 | COASTAL RADIOLOGY ASSOC | PO BOX 3099<br>MYRTLE BEACH, SC 29578 |
| 061 | 000063 | ASHLEY FUNDING SERVICES (LAB CORP)<br>PO BOX 10587 | RESURGENT CAPITAL SERVICES<br>GREENVILLE, SC 29603-0587 |
| 056 | 000057 | VERIZON WIRELESS | 1 VERIZON PLACE<br>ALPARETTA, GA 30004 |
| 048 | 000051 | QUALITY RECOVERY SERVICES INC | P O BOX 519<br>LOVEJOY, GA 30250-0000 |
| 051 | 000054 | QUALITY RECOVERY SERVICES INC | P O BOX 519<br>LOVEJOY, GA 30250-0000 |
| 025 | 000033 | FIRST PROGRESS/FIRST EQUITY | 1600 1ST AVE<br>COLUMBUS, GA 31901 |
| 024 | 000032 | FIRST PROGRESS CARD | PO BOX 84010<br>COLUMBUS, GA 31908 |
| 039 | 000041 | NCC BUSINESS SVC | 3733 UNIVERSITY BLVD W<br>JACKSONVILLE, FL 32217 |
| 001 | 000011 | AMERICAN ANESTHESIOLOGY | 1301 CONCORD TERRACE<br>FORT LAUDERDALE, FL 33323 |
| 033 | 000038 | MERCHANTS ADJUSTMENT | 56 N FLORIDA ST<br>MOBILE, AL 36607-3108 |
| 018 | 000026 | FAC/NAB | 480 JAMES ROBERTSON PKWY<br>NASHVILLE, TN 37219 |

CASE: 1402961   TRUSTEE: 2V   COURT: 278   Page 3 of 3
TASK: 09-26-2014.00452388.LSA000   DATED: 09/29/2014

| | | | |
|---|---|---|---|
| 044 | 000046 | OPTIMA RECOVERY SERVIC | 6215 KINGSTON PK STE A<br>KNOXVILLE, TN 37919 |
| 041 | 000043 | ONSLOW EMERGENCY DEPT<br>PO BOX 50250 | REVENUE RECOVERY CORP<br>KNOXVILLE, TN 37950-0250 |
| 049 | 000052 | REVENUE RECOVERY CORP | PO BOX 50250<br>KNOXVILLE, TN 37950-0250 |
| 060 | 000062 | ONSLOW EMERGENCY DEPT<br>PO BOX 50250 | REVENUE RECOVERY CORP<br>KNOXVILLE, TN 37950-0250 |
| 047 | 000050 | PROGRESSIVE | PO BOX 182009<br>COLUMBUS, OH 43218-2009 |
| 050 | 000005 | SPRINGLEAF FINANCIAL SERVICES | PO BOX 969<br>EVANSVILLE, IL 47706 |
| 063 | 000065 | JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 7999<br>SAINT CLOUD, MN 56302-9617 |
| 022 | 000030 | FINGERHUT | 6250 RIDGEWOOD RD<br>ST. CLOUD, MN 56303 |
| 023 | 000031 | FIRST PREMIER BANK | 6015 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 |
| 045 | 000047 | OPTIMUM OUTCOMES | 2651 WARRENVILLE RD, STE 500<br>DOWNERS GROVE, IL 60515 |
| 057 | 000058 | AMERICAN INFOSOURCE LP<br>P.O. BOX 248838 | AS AGENT FOR VERIZON<br>OKLAHOMA CITY, OK 73124-8838 |
| 026 | 000034 | FORT SILL NATIONAL BANK<br>511 SW A AVE | ATTN: GENERAL MANAGER<br>LAWTON, OK 73501 |
| 027 | 000035 | FORT SILL NATIONAL BANK<br>511 SW A AVE | ATTN: GENERAL MANAGER<br>LAWTON, OK 73501 |
| 053 | 000055 | UNITED CONSUMER FINANCIAL<br>3936 E FT LOWELL RD STE 200 | C/O BASS & ASSOC PC<br>TUCSON, AZ 85712 |
| 010 | 000019 | CREDIT ONE BANK | PO BOX 98875<br>LAS VEGAS, NV 89193 |
| 062 | 000064 | WELLS FARGO BANK<br>MAC P6053-021 | PO BOX 5058<br>PORTLAND, OR 97208 |
| 064 | 000066 | WELLS FARGO BANK<br>MAC P6053-021 | PO BOX 5058<br>PORTLAND, OR 97208 |
| 028 | 000036 | QUANTUM3 GROUP LLC AS AGENT FOR<br>PO BOX 788 | MOMA FUNDING LLC<br>KIRKLAND, WA 98083-0788 |
| 030 | 000053 | ALTAIR OH XIII, LLC<br>2001 WESTERN AVENUE, STE. 400 | C/O WEINSTEIN, PINSON AND RILEY, PS<br>SEATTLE, WA 98121 |

69 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 09/29/2014.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   09/29/2014   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail